IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00771-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.245.121.26,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 7, 2014.**

    Defendant's Motion for Protective Order and to Quash Subpoena or, in the Alternative, Redaction of Defendant's Name [filed May 6, 2014; docket #13] is **granted in part, denied in part and denied without prejudice in part**.

    First, the Court notes that Defendant failed to attach a copy of the challenged subpoena to the motion; therefore, Defendant's request for an order quashing the subpoena is **denied without prejudice**.

    Second, the Court construes Defendant's request for a protective order as a request to proceed anonymously in this case. Defendant's request is **granted** as follows. The Defendant may proceed anonymously in this matter as "John Doe Subscriber Assigned IP Address 98.245.121.26" so long as Defendant is represented by counsel in this case.

    Third, in light of this order, Defendant's request for redaction of Defendant's name in this litigation is **denied as moot**. Defendant's identifying information has not been disclosed in this litigation and will not be made public as long as Defendant is represented by counsel.

    To the extent the Defendant's anonymity becomes a hindrance to the progression of this litigation, the Court will entertain a motion to, or *sua sponte*, modify this order pursuant to its authority to manage the litigation.