IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00771-WYD-MEH

MALIBU MEDIA, LLC,

   Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.245.121.26,

   Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 8, 2014.**

   Defendant's Renewed Motion for Protective Order and to Quash Subpoena or, in the Alternative, Redaction of Defendant's Name [filed May 7, 2014; docket #20] is **denied** for the same reasons set forth in this Court's recent order in *Malibu Media, LLC v. Doe*, No. 14-cv-00259-WYD-MEH, 2014 WL 1689935 (D. Colo. Apr. 28, 2014). Furthermore, in Defendant's original motion to quash, Defendant sought ***and received from this Court*** Defendant's alternative request to proceed anonymously as "John Doe Subscriber Assigned IP Address 98.245.121.26." *See* Order, docket #18. Defendant provides no persuasive justification for quashing the challenged subpoena, and the Court disagrees with Defendant's conclusory statement that "only by quashing the Comcast Subpoena will this Court's directive that Plaintiff [sic] proceed anonymously be accomplished." There are, and have been, several similar cases in this District, involving the same Plaintiff, by which defendants have successfully proceeded anonymously in the litigation without quashing the subpoena.