IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00771-WYD-MEH

MALIBU MEDIA, LLC,

   Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 98.245.121.26,

   Defendant.

## ORDER OF DISMISSAL

   In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe filed June 4, 2014 (ECF No. 25), it is

   ORDERED that Defendant John Doe and this action are **DISMISSED WITHOUT PREJUDICE**.

   Dated:  June 5, 2014

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Senior United States District Judge